FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2021 JUN -9 PM 1:04

MARGARET BOTKINS, CLERK
CHEYENNE

# UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

JASON FICCA and CARMEN OCHOA,

V.

Laramie County Community College District, et al.

Case Number: 21cv113-J

## PRAECIPE

TO THE CLERK OF THIS SAID COURT:

Please issue a <u>Summons</u>

in the above-entitled cause for:

<u>Laramie County Community College District, a body corporate; Joe Schaffer, its President in his individual and official capacities; Cynthia Henning, the Athletic Director in her individual and official capacities; and Tammy Maas, the Human Resource Director in her individual and official capacities.</u>

_____
Attorney for Plaintiffs

7/9/2021
_____
Date